```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

JAMES MORRIS SWEATMAN, *et al.*,         *
    Plaintiffs,                           CASE NOS. 3:21-CV-42
                                          *                     3:21-CV-44
                                                                3:21-CV-49
vs.                                       *                     3:21-CV-57
                                                                3:21-CV-61
GEORGIA RENEWABLE POWER, LLC, *et al.*,
    Defendants.                       *

## O R D E R

As explained during the pretrial conference on April 11, 2024, the Court orders that the following four cases shall be consolidated for trial under Federal Rule of Civil Procedure 42(a): Sweatman (3:21-cv-44), Ayers (3:21-cv-49), Pearcy (3:21-cv-57), and Jinks (3:21-cv-61). The common questions of law and fact include: (1) facts related to the Franklin Plant's location, permitting, construction, operations, emissions, and noise reduction efforts, (2) Franklin County's nuisance ordinance/enforcement actions, (3) how emissions (including sounds and particulates) are measured, and (4) what constitutes actionable nuisance/negligence. The parties are reminded that their amended joint proposed pretrial order for these four cases is due by April 19, 2024. The trial of this case shall begin on May 20, 2024 or as soon thereafter as it may be reached. The parties shall not be expected to be present for trial prior to May 20, 2024.

The Court ruled on the motions in limine at the pretrial conference, and those motions are terminated. Please see transcript for more information.

IT IS SO ORDERED, this 12th day of April, 2024.

s/Clay D. Land  
CLAY D. LAND  
U.S. DISTRICT COURT JUDGE  
MIDDLE DISTRICT OF GEORGIA