IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JAMES MORRIS SWEATMAN and JANICE NIX SWEATMAN,<br><br>   **Plaintiffs,**<br><br>v.<br><br>GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC; VEOLIA ENERGY OPERATING SERVICES, LLC; and JOHN DOE CORPORATION 1-20,<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action File No. 3:21-cv-00044-CDL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SETTLEMENT**

  All Parties to this action, by and through counsel, hereby file this Notice of Settlement to inform the Court that all Parties have reached a settlement in principle that will resolve the above-styled case in its entirety. Accordingly, the Parties request the Court remove this case from the Court's May 2024 trial calendar. Upon the final execution of a full settlement and release, the Parties will submit a stipulation of dismissal pursuant to Rule 41.

  The Parties will continue to engage in settlement talks concerning the remaining related cases.

[*Signature on Following Page*]

23857341.1

This 3rd day of May, 2024.

| | |
|---|---|
| /s/Stephen J. Rapp<br>Stephen J. Rapp<br>(*signed with express permission by M. Anne Kaufold-Wiggins*)<br>Georgia Bar No. 103806<br>SRapp@wwhgd.com<br>David A. Dial<br>Georgia Bar No. 220329<br>ddial@wwhgd.com<br>**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**<br>3344 Peachtree Road, Suite 2400<br>Atlanta, Georgia 30326<br>Telephone: (404) 876-2700<br><br>*Attorney for Defendant Veolia Energy Operating Services, LLC* | /s/ M.Anne Kaufold-Wiggins<br>M. Anne Kaufold-Wiggins<br>Georgia Bar No. 142239<br>awiggins@balch.com<br>Hugh Peterson III<br>Georgia Bar No. 574212<br>hpeterson@balch.com<br>Brittany Temple<br>Georgia Bar No. 627292<br>btemple@balch.com<br>Patrick Silloway<br>Georgia Bar No. 971966<br>psilloway@balch.com<br>**BALCH & BINGHAM LLP**<br>30 Ivan Allen Jr. Blvd. N.W., Suite 700<br>Atlanta, Georgia 30308<br>Telephone: (404) 261-6020<br>Facsimile: (404) 261-3656<br><br>Edwin Schwartz<br>Georgia Bar No. 631037<br>**SWEETNAM, SCHUSTER & SCHWARTZ LLC**<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, Georgia 30338<br>Telephone: (470) 395-7842<br>eschwartz@sweetnamlaw.com<br><br>*Attorneys for Defendants Georgia Renewable Power, LLC and GRP Franklin, LLC d/b/a GRP Franklin I, LLC* |
| /s/Jason B. Sanker<br>(*signed with express permission by M. Anne Kaufold-Wiggins*)<br>Jason B. Sanker<br>Georgia Bar No. 142463<br>Michael D. McRae<br>Georgia Bar No. 499150<br>Virginia Barrow Harman<br>Georgia Bar No. 327225<br>John F. Lee Niedrach<br>Georgia Bar No. 152408<br>Linton S. Johnson, III<br>Georgia Bar No. 107244<br>**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**<br>111 Bridgepoint Plaza, Suite 300<br>Rome, Georgia 30161<br>Telephone: (706) 291-6223<br>Facsimile: (706) 291-7429<br>jsanker@msp-lawfirm.com<br>mmcrae@msp-lawfirm.com<br>vharman@msp-lawfirm.com<br>lniedrach@msp-lawfirm.com<br>ljohnson@msp-lawfirm.com<br><br>*Attorney for Plaintiffs* | |

23857341.1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of May, 2024, a copy of the foregoing has been served via statutory electronic service as follows:

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

David A. Dial
Stephen J. Rapp
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com

*/s/ M. Anne Kaufold-Wiggins*
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239

23857341.1